# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| APRIL CADENA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-00209 |
| | ) | |
| EL PASO COUNTY, | ) | |
| CORIZON HEALTH, INC., and | ) | |
| ALEX SALAZAR, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SECOND AMENDED DESIGNATION OF POTENTIAL WITNESSES AND LIST OF PROPOSED EXHIBITS

In accordance with the Court's revised scheduling order of May 1, 2017, Plaintiff files this designation of potential witnesses and list of proposed exhibits. Plaintiff reserves the right to offer rebuttal witnesses and exhibits that cannot be reasonably anticipated before trial.

Respectfully submitted,

   /s/ Perry Pinon
PERRY PINON
Attorney for Plaintiff
State Bar No. 16016350
1312 Montana Ave.
El Paso, Texas 79902
(915) 546-9190
Fax (915) 546-9192

## PLAINTIFF'S LIST OF POTENTIAL WITNESSES

| | | |
|---|---|---|
| 1. | April Cadena | Plaintiff |
| 2. | Martha Rios | Plaintiff's mother |
| 3. | Arturo Loera | Plaintiff's stepfather |
| 4. | Christopher Cadena | Plaintiff's brother |
| 5. | Vanessa Cadena | Plaintiff's sister |
| 6. | Luis Alberto Vargas | Plaintiff's occasional employer |
| 7. | Alma Leyva | Former inmate |
| 8. | Davie Romero | Former inmate |
| 9. | Rosemary Pacheco | Former inmate |
| 10. | Leticia Vera | Former inmate |
| 11. | Maria Minton | Former inmate |
| 12. | Norma Puga | Former inmate |
| 13. | Crystal Nazario | Former inmate |
| 14. | Cara Lyn Rodenhaver | Former inmate |
| 15. | Alberto Puebla | Former inmate |
| 16. | Michael Buchanon | Former inmate |
| 17. | Mark Ramey | Former inmate |
| 18. | Albert Valdez | Former inmate |
| 19. | Albert Blaine Waldo | Former inmate |
| 20. | Harold Ryals | Former inmate |

21. Any and all medical providers of Plaintiff identified by Plaintiff in her expert witness disclosure which was filed with the Court and their custodians of records.

| | | |
|---|---|---|
| 22. | Dr. Thomas Alost, M.D. | Treating physician - Providence |
| 23. | Daphne Marie Jones, RN | Treating nurse - UMC/WSAT |
| 24. | Dr. Amr Mohammed Abdelgawad, M.D. | Treating physician - Texas Tech/UMC |
| 25. | Dr. Casey Mullen, M.D. | Treating physician - Texas Tech/UMC |
| 26. | Dr. Nicholas Joel Rensing, M.D. | Treating physician - Texas Tech/UMC |
| 27. | Dr. Jonathan Cook, M.D. | Treating physician - Texas Tech/UMC |
| 28. | Elizabeth Pimentel, RN | Treating nurse - Texas Tech |

29. Any and all records custodians of any medical records or other records, including billing records, relating to plaintiff.

30. Custodian of Records - medical records or other records, including billing records
    The Hospitals of Providence - Memorial Campus

31. Custodian of Records - medical records or other records, including billing records
    RespMed HomeCare Unlimited, Inc.

32. Custodian of Records - medical records or other records, including billing records
    Dr. Thomas Alost, M.D. and
    Paso Del Norte Surgery Center

33. Custodian of Records - medical records or other records, including billing records
    University Medical Center and its Clinics including
    Women's Substance Abuse Treatment Center (WSAT)

34. Custodian of Records - medical records or other records, including billing records
    Texas Tech Physicians
    Texas Tech University
    Health Sciences Center at El Paso

35. Custodian of Records
    Office of the Inspector General
    U.S. Department of Justice
    950 Pennsylvania Ave, Room 4706
    Washington, D.C. 20530       (202) 514-3435
    Records:        1) Pinon FOIA letter;
                    2) Letter stating absence of record of receipt of letter from April Cadena, or
                    3) Affidavit with letter stating absence of record of receipt of letter from April Cadena (Note: Plaintiff does not have this yet)

36. EPPD Off. I Rodriguez          #2847          Arresting officer

37. EPPD Off. J. Martinez          #2641          Arresting officer

38. Custodian of Records
    El Paso Police Department
    Records:     Report for the arrest of April Cadena on June 23, 2014, EPPD #14-174237.

39. Custodian of Records
    El Paso County Auditor's Office
    Records:     Records of County's payments to Healthcare Providers for Services to Inmates FY2014 & FY2015

40. Luis Martinez                   El Paso County Accounts Payable Manager

41. Custodian of Records
    El Paso County Clerk
    500 E. San Antonio, Ste 105
    El Paso, Texas 79901
    Tele: (915) 546-2071
    Fax: (915) 546-2012
    Records:     April Cadena's misdemeanor case records: 20130C02054, 20130C12608, 20130C12609, 20130C12680, 20140C01344.

42. Custodian of Records
    El Paso District Clerk
    Records:     April Cadena's State Jail Felony case record

43. Judge William E. Moody          Judge who issued capias and then returned Cadena to WSAT.
    34TH Judicial District Court

44. Custodian of Records
    El Paso County Sheriff
    3850 Justice
    El Paso, TX 79938
    (915) 538-2292
    Records: Regarding April Cadena and June 23-July18 incarceration
             Inmate file for April Cadena
             Booking docket records
             Records of Orders to Release/Detain
             Dismissal Orders
             Property Receipts/Personal Property Receipts
             Custody Assessment Scale/Classification Review/Reclassification
             Classification Interview

       Daily Activity Reports
       Morning reports
       Facility Work Schedules
       Inmate In/Out Logs
       Inmate transfer records
       Inmate List/Inmate Special Medical Instructions
       Incident report
       Grievances
       Grievance response
       Inmate Commissary Account Records
       Emails regarding scheduling of surgery and discussion of releasing April Cadena
       Records of April Cadena's incoming and outgoing mail.
       Health Services Agreement with Corizon including all addendums;
       Detention Facility ADA Reports including final reports;
       Detention Services Policy and Procedure and Procedure Manual;
              Chapter 3.09   Administrative Separation
              Chapter 4.01   Health Services
              Chapter 8.04   Housing and Guard Station Officer Post Order
              Chapter 8.10   Housing and Guard Station Floor Control Officer Post Order

       Health Services Plan;
       Inmate release records and related records including court orders, emails related to jail pleas and other court settings and appointments; emails from jail administrators or supervisors or their employees; Charge Dispositions, and sentence calculations;

| | | |
|---|---|---|
| 45. | Rosalia Estrada | Det. Officer; Intake Officer, Downtown Jail |
| 46. | Francisco Ortiz | Det. Officer; Classification Officer, Downtown Jail |
| 47. | Margie Lopez | Det. Officer; Floor Officer, Downtown Jail |
| 48. | Monica Davila | Det. Officer; Floor Officer, Downtown Jail |
| 49. | Jose Pina | Det. Officer; Floor Officer, Downtown Jail |
| 50. | Gloria Gallardo | Det. Officer; Floor Officer, Downtown Jail |
| 51. | Karin Gunsenhouser | Corporal; Supervisor, Downtown Jail |
| 52. | Margie Lopez | Det. Officer; Floor Officer, Downtown Jail |
| 53. | Daniele Rael | Det. Officer; Floor Officer, Downtown Jail |
| 54. | Moises Ortega | Corporal; Supervisor, Downtown jail |

| | | |
|---|---|---|
| 55. | Richard Wiles | El Paso County Sheriff |
| 56. | James Nance | Lieutenant; Downtown jail administration/management |
| 57. | Alma Naylor | Det. Officer; Floor Officer, Downtown jail |
| 58. | Marco Vargas | Sheriff's department employee - Former Jail Commander |
| 59. | Sylvia Aguilar | Chief Deputy Sheriff; Sheriff's department employee |
| 60. | Stephanie Gonzalez | Court Coordinator Clerk, Inmate Processing Unit |
| 61. | Ruby Moreno | Court Coordinator Clerk, Inmate Processing Unit |
| 62. | Bill Stone | Grievance Officer |
| 63. | Martin Chavarria | Sheriff's department employee |

64. Custodian of Records
 Corizon Health, Inc.
 Records: Medical records for April Cadena;
      Medical records obtained or received by Corizon from other healthcare providers.
      Employee and Subcontractor Work schedules;
      General Health Services Policy & Procedures Manual - Jail;
      Policies, procedures and protocols;
      Standing Orders;
      Cadena Bates 381-825
      Physician Agreement between Corizon, Prison Medical PA, and Ivor Garlick, M.D.
      PHS Employee Handbook

| | | |
|---|---|---|
| 65. | Dr. Alex Salazar, M.D. | Defendant, Corizon jail physician and medical director |
| 66. | Charles Guffey | Regional Vice President of Defendant Corizon |
| 67. | Carlos Fuentes, RN | Former Corizon nurse (Aka: "Charlie" and "Sponge Bob") |
| 68. | Stephanie Portillo, LVN | Former Corizon nurse (Aka: Stephanie Francesca Portillo) |
| 69. | D. Carranza, LVN | Former Corizon nurse |
| 70. | Eduardo Chavez, LVN | Former Corizon nurse (Aka: Eduardo Antonio Chavez) |
| 71. | Maria Valadez LVN | Former Corizon nurse |
| 72. | Guadalupe Diaz, RN | Former Corizon nurse |

| | | |
|---|---|---|
| 73. | Keith Barnes, PA | Former Corizon Physician Assistant |
| 74. | Melissa Brown, RN | Former Corizon nurse |
| 75. | Claudia Chaparro, RN | Former Corizon psychiatric/Mental Health NP |
| 76. | Marissa Viera, HUC | Former Corizon Health Unit Coordinator |
| 77. | Marcella Aguilar | Former Corizon Director of Nurses |
| 78. | Deborah Martinez | Former Corizon nurse |
| 79. | Perry Pinon | Attorney representing Plaintiff - for attorney fees |

80. Plaintiff additionally identifies all persons identified by Defendant El Paso County in its list of potential witnesses except its experts.

81. Plaintiff additionally identifies all persons identified by Defendant Corizon Health, Inc. In its lists of potential witnesses except its experts.

82. Plaintiff additionally identifies all persons identified by Defendant Alex Salazar in his list of potential witnesses except his experts.

**LIST OF PROPOSED EXHIBITS**

| No. | Description | Bates # | Offered | Admitted | Refused |
|---|---|---|---|---|---|
| 1 | El Paso Police Department Report #14-174237 | | | | |
| | | | | | |
| 2 | Providence Memorial Hospital medical records for April Cadena (w/Aff.) | | | | |
| 3 | Providence Memorial Hospital x-rays for April Cadena (w/Aff.) | | | | |
| 4 | RespMed medical and durable medical equipment records for April Cadena (w/Aff.) | | | | |
| 5 | Corizon Medical Records for April Cadena | | | | |
| 6 | UMC Medical Records for April Cadena (w/Aff.) | | | | |
| 7 | UMC x-ray records for April Cadena (w/Aff.) | | | | |
| 8 | UMC - Mattox (WSAT) Medical Records for April Cadena (w/Aff.) | | | | |
| 9 | UMC Medical Bill records for April Cadena (w/Aff.) | | | | |
| 10 | Texas Tech Medical Records for April Cadena (w/Aff.) | | | | |
| 11 | Texas Tech x-rays for April Cadena (w/Aff.) | | | | |
| 12 | Texas Tech Medical Bills for April Cadena (w/Aff.) | | | | |
| | | | | | |
| 13 | County's contract with Corizon with amendments (Inmate Health Services Agreement) | | | | |
| 14 | Records of County's payments to Healthcare Providers for Services to Inmates FY2014 &FY2015 | | | | |
| 15 | County's record of medical bills it has paid for services provided to Mrs. Cadena by off-site medical providers for the injury sustained on June 25, 2014 | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Dr. Alex Salazar Resume | Cadena 379-380 341-343 | | | |
| 17 | Dr. Salazar Answers to Interrogatories (Excerpts) | | | | |
| 18 | Dr. Salazar's Deposition and exhibits (Excerpts) | | | | |
| | | | | | |
| 19 | Charles Guffey Deposition & exhibits (Excerpts) | | | | |
| 20 | Texas State Board of Nurses - result of search for status of license for Charles Guffey | | | | |
| | | | | | |
| 21 | Texas State Board of Nurses - result of search for status of license for Stephanie Portillo | | | | |
| | | | | | |
| 22 | Corizon's answers to interrogatories (Excerpts) | | | | |
| 23 | Corizon medical records for April Cadena | | | | |
| 24 | Corizon employees' work schedules | | | | |
| 25 | Corizon General Health Services Policy & Procedures Manual - Jail (Excerpts) | | | | |
| 26 | Corizon Documents Bates - Cadena 381-825 (excerpts) | | | | |
| 27 | Corizon standing orders. | | | | |
| 28 | Corizon/PHS Employee Handbook | | | | |
| 29 | Physician Agreement between Corizon, Prison Medical PA, and Ivor Garlick, M.D. | | | | |
| | | | | | |
| 30 | Detention Facility ADA reports | | | | |
| 31 | County's copy of Corizon medical records for April Cadena (w/ Aff.) | | | | |
| 32 | Detention Services Policy and Procedure Manual (excerpts) (Jail Records) | | | | |
| 33 | Administration Separation Chapter 3.09 (Jail Records) | | | | |
| 34 | Health Services Chapter 4.01 (Jail Records) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 35 | Housing and Guard Station Officer Post Order Chapter 8.04 (Jail Records) | | | | |
| 36 | Housing and Guard Station floor Control Officer Post Order Chapter 8.10 (Jail Records) | | | | |
| 37 | Health Services Plan (Jail Records) | | | | |
| 38 | Inmate file for April Cadena (Jail Records) | | | | |
| 39 | Booking docket records for April Cadena (Jail Records) | | | | |
| 40 | Records of Orders to Release/Detain April Cadena (Jail Records) | | | | |
| 41 | Dismissal Orders from Courts for April Cadena (Jail Records) | | | | |
| 42 | Property Receipts/Personal Property Receipts for April Cadena (Jail Records) | | | | |
| 43 | Custody Assessment Scale/Classification Review and Reclassifications of April Cadena (Jail Records) | | | | |
| 44 | Classification Interview of April Cadena (Jail Records) | | | | |
| 45 | Daily Activity Reports (Jail Records) | | | | |
| 46 | Morning Reports (Jail Records) | | | | |
| 47 | Gloria Gallardo Daily Activity Report (Jail Records) | | | | |
| 48 | Facility Work Schedules (Jail Records) | | | | |
| 49 | Inmate In/Out Logs (Jail Records) | | | | |
| 50 | Inmate transfer records (Jail Records) | | | | |
| 51 | Inmate List/Inmate Special Medical Instructions (Jail Records) | | | | |
| 52 | Incident Report for April Cadena's injury (Jail Records) | | | | |
| 53 | Grievances - April Cadena (Jail Records) | | | | |
| 54 | Responses to April Cadena's grievances (Jail Records) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55 | Emails requesting approval of surgery and the scheduling of surgery and discussion of releasing April Cadena (Jail Records) | | | | |
| 56 | Records of April Cadena's incoming/outgoing mail (Jail Records) | | | | |
| | | | | | |
| 57 | Photographs of the interior of the jail | | | | |
| 58 | Lockdown Jail Cell Dimensions (Jail Records) | | | | |
| 59 | Inmate file (Jail Records) | Cadena CA 1025-1063 | | | |
| 60 | Jail Inmate List (Jail Records) | Cadena CA 956 | | | |
| 61 | Jail morning & daily activity reports, work schedules, inmate in/out logs (Jail Records) | Cadena CA 920-945; 948-955; 957-971 | | | |
| 62 | Incident report for Mrs. Cadena's fall on June 25, 2014 (Jail Records) | Cadena CA 915-918 | | | |
| 63 | Gallardo daily activity report (Jail Records) | Cadena CA 946-947 | | | |
| 64 | Gallardo statement re: grievance (Jail Records) | Cadena CA 921 | | | |
| | | | | | |
| 65 | Deposition of Alex Salazar | | | | |
| 66 | Deposition of Charles Guffey | | | | |
| 67 | Deposition of Monica Davila | | | | |
| 68 | Deposition of Gloria Gallardo | | | | |
| 69 | Deposition of Jose Pina (Soon to be taken) | | | | |
| 70 | Deposition of Karin Gunsenhouser | | | | |
| 71 | Deposition of Margie Lopez | | | | |
| 72 | Deposition of Daniele Rael | | | | |
| 73 | Deposition of Moises Ortega | | | | |
| 74 | Deposition of Alma Naylor | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 75 | Deposition of Marco Vargas | | | | |
| | | | | | |
| 76 | Grievances filed by April Cadena (Jail Records) | Cadena CA 422-436 | | | |
| 77 | Jail investigation of grievances (Jail Records) | Cadena CA 919 - 920 | | | |
| 78 | County Jail Commissary Account (Jail Records) | Cadena CA 1023-1024 | | | |
| 79 | April Cadena's receipts for purchases in the jail | | | | |
| 80 | April Cadena Grievance letter to Inspector General Dept. of Justice | | | | |
| 81 | U.S. Dept. Justice letter stating absence of record of letter from April Cadena | | | | |
| 82 | U.S. Dept. Justice letter stating absence of record of letter from April Cadena (with affidavit) (being requested) | | | | |
| | | | | | |
| 83 | April Cadena's misdemeanor case records: 20130C02054, 20130C12608, 20130C12609, 20130C12680, 20140C01344. | | | | |
| 84 | April Cadena's State Jail Felony case records | | | | |
| | | | | | |
| 85 | Any exhibits identified by Dr. Alex Salazar | | | | |
| 86 | Any exhibits identified by Corizon Health | | | | |
| 87 | Any exhibits identified by El Paso County | | | | |
| | | | | | |
| 88 | County's answers to interrogatories | | | | |
| 89 | Texas Medical Board Public Verification of License of Amr Abdelgawad | | | | |
| 90 | Texas Medical Board Public Verification of License of Thomas Alost | | | | |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Respectfully submitted,

 /s/ Perry Pinon
PERRY PINON
Attorney for Plaintiff
State Bar No. 16016350
1312 Montana Ave.
El Paso, Texas 79902
(915) 546-9190
Fax (915) 546-9192

**CERTIFICATE OF SERVICE**

I hereby certify that on this the   21   day of   July   20  17 , Plaintiff's Second Amended Designation of Potential Witnesses and List of Proposed Exhibits was delivered to Defendant COUNTY OF EL PASO, by and through its attorneys of record, Kevin McCary and Jo Anne Bernal, El Paso County Attorney, 500 E. San Antonio, Rm. 503, El Paso, Texas 79901, Tele: 915.546.2083; Fax: 915.546.2133; kmccary@epcounty.com, and Defendant CORIZON HEALTH INC, and Defendant Alex Salazar, by and through their attorneys of record, Henry J. Paoli and Francisco J. Ortega and the law firm of Scott Hulse, P.C., 1100 Case Tower 201 E. Main Dr., El Paso, Texas 79901, Tele: 915.533.2493; Fax: 915.546-8333; hpao@scotthulse.com, in the following manner:

CM/ECF email              X       

 /s/ Perry Pinon
Perry Pinon