# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| APRIL CADENA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Cause No. 3:16-CV-00209-FM-RFC |
| | § | |
| EL PASO COUNTY, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants | § | |

## DEFENDANT EL PASO COUNTY'S NOTICE TO THE COURT OF DEFENDANT'S OFFER OF JUDGMENT

**TO THE HONORABLE JUDGE OF THIS COURT:**

COMES NOW, Defendant El Paso County, and files this Notice to the Court regarding Defendant's Offer of Judgment and respectfully shows:

### I.     INTRODUCTION

1.     On February 14, 2020 counsel for Defendant contacted counsel for Plaintiff Cadena to make a settlement offer.

2.     FED. R. CIV. P. 68 requires that any offer of judgment be made 14 days before trial. Trial is scheduled for March 30, 2020.

3.     Defendant County is concurrently serving its Offer of Judgment on counsel for Plaintiff Cadena in accordance with FED. R. CIV. P. 68.

Respectfully Submitted,

**JO ANNE BERNAL**

**EL PASO COUNTY ATTORNEY**
500 E. San Antonio, Rm. 503
El Paso, Texas  79901
Telephone:  (915) 546-2083

Telecopier: (915) 546-2133
Email: rduarte@epcounty.com

BY:     */s/ Ruben Duarte*
        **RUBEN G. DUARTE**
        Assistant County Attorney
        State Bar No. 24002017
        Attorney for Defendants


## CERTIFICATE OF SERVICE

This to certify that on 14th day of February, 2020, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to Plaintiff's attorney Perry Pinon.

        */s/ Ruben Duarte*
        **RUBEN DUARTE**